```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAROOF AHMED,

                        Petitioner,

        - against -

WARDEN, OTISVILLE, CAMP FCI,

                        Respondent.
------------------------------------------------------------X

23-CV-454 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        On January 13, 2023, Petitioner filed a Petition, and a supporting brief, For A Writ Of Habeas Corpus Under 28 U.S.C. § 2241.  (Dkt. 2.)  However, pages 2-3 of the brief supporting the Petition are missing in the Court's ECF docket.  Accordingly, by October 18, 2023, Respondent shall file a letter stating whether or not Respondent possesses a complete version of Petitioner's supporting brief, and, if so, enclosing same with the letter.

                            SO ORDERED.

                            _____
                            ROBERT W. LEHRBURGER
                            UNITED STATES MAGISTRATE JUDGE

Dated: October 11, 2023
       New York, New York

Copies transmitted this date to all counsel of record.  The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Maroof Ahmed
48670-053
FCI Danbury
Rt. 37
Danbury, CT 06811