```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAROOF AHMED,
                                                                    :
                                    Petitioner,                     :   23-CV-454 (PGG) (RWL)
                                                                    :
        - against -                                                 :   ORDER
                                                                    :
WARDEN, OTISVILLE, CAMP FCI,                                        :
                                                                    :
                                    Respondent.                     :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On January 13, 2023, Petitioner filed a Petition, and a supporting brief, For A Writ Of Habeas Corpus Under 28 U.S.C. § 2241. (Dkt. 2.) However, pages 2-3 of the brief supporting the Petition are missing in the Court's ECF docket. Accordingly, by November 15, 2023, Petitioner shall file pages 2-3 if he has them. If the pages are not filed as ordered, the Court will proceed to consider the record as is.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 19, 2023
       New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Maroof Ahmed
48670-053
FCI Danbury
Rt. 37
Danbury, CT 06811

1